1  Timothy B. Yoo - State Bar No. 254332
       tyoo@birdmarella.com
2  Christopher J. Lee - State Bar No. 322140
       clee@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
7  Attorneys for Defendants TV Chosun
   Corp.,; Kakao Entertainment Corp.; MBC
   Corp.; NHN Bugs Corp.; TJ Media Corp.;
8  Genie Music Corp.; Keum Young
   Entertainment

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BEOM SU LEE,<br><br>  Plaintiff,<br><br>vs.<br><br>TV CHOSUN CORP., et al.,<br><br>  Defendants. | CASE NO. 2:22-cv-00933-DSF-KS<br><br>**DECLARATION OF CHRISTOPHER J. LEE IN SUPPORT OF MOTION AND MOTION TO DISMISS BY DEFENDANTS TV CHOSUN CORP.; KAKAO ENTERTAINMENT CORP.; MBC CORP.; NHN BUGS CORP.; TJ MEDIA CORP.; GENIE MUSIC CORP.; KEUM YOUNG ENTERTAINMENT**<br><br>Date: June 6, 2022<br>Time: 1:30 p.m.<br>Crtrm.: 7D<br><br>Assigned to Hon. Dale S. Fischer |

3787963.1

1

DECLARATION OF CHRISTOPHER J. LEE

# DECLARATION OF CHRISTOPHER J. LEE

I, Christopher Jumin Lee, declare as follows:

1. I am an active member of the Bar of the State of California and an associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendants TV Chosun Corp.,; Kakao Entertainment Corp.; MBC Corp.; NHN Bugs Corp.; TJ Media Corp.; Genie Music Corp.; and Keum Young Entertainment (the "Defendants"). I make this declaration in support of the Defendants' Motion to Dismiss (the "Motion"). Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. I contacted Plaintiff in an effort to conduct a conference pursuant to Local Rule 7-3 and explain the substance of this Motion. On April 25, 2022, Plaintiff responded by email and indicated that he disagreed with our position and did not believe a conference was necessary.

3. Later, during a telephone call with Plaintiff on April 28, 2022, I once again raised the topic of the Motion. During the call, I fully explained the substance of this Motion to Plaintiff. Plaintiff indicated that he disagreed with our reasoning, and did not intend to amend or withdraw his Complaint.

DATED: April 29, 2022

_____
Christopher J. Lee