**DECLARATION OF SUMIN LEE**

I, Sumin Lee, declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness, could and would testify truthfully to those same facts.

2. I am a team leader of the Legal Team at Genie Music Corp. in Seoul, Korea. I have held my current position since 2021.

3. My team is responsible for, among other things, reviewing and overseeing the administration of, including the system for billing and purchases relating to, the Genie Music Internet platform.

4. Persons located outside Korea should not be able to purchase music content from the Genie Music Internet platform. As an initial matter, a user is required to have a Korean mobile telephone number to subscribe to Genie Music's services. To subscribe to a Korean mobile carrier service, one must be either a Korean national with a resident registration number, or a foreigner residing in Korea holding an alien registration number. Further, music content from Genie Music can only be purchased with a domestic Korean bank card or by purchase through a Korean mobile carrier service. Hence, absent any deliberate circumventive measure, it should not be possible to purchase music content through Genie Music's services from outside of Korea. This is done intentionally to restrict the distribution of music on Genie Music to the domestic Korean territory.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 29th day of April 2022 at Seoul, Korea.

이수민

Sumin Lee

1