**DECLARATION OF [ Jin Ah Sung ]**

I, [ **Jin Ah Sung** ], declare as follows:

1.      I have personal knowledge of the following facts, and if called as a witness, could and would testify truthfully to those same facts.

2.      I am a team leader of License Team at NHN BUGS Corp. in Seoul, Korea.  I have held my current position since 2021.03.01.

3.      My team is responsible for, among other things, managing the administration of, including the system for billing and purchases relating to, the BUGS platform.

4.      Persons living abroad are not permitted to purchase music content on the BUGS platform. In the case of mobile application, the BUGS application can only be downloaded from the application store in South Korea, and in the case of PC, music content can be purchased only through domestic payment methods.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 29 day of April 2022 at Seoul, Korea.

License Team at NHN BUGS Corp.
**[ Jin Ah Sung ]**   성진아

1