### DECLARATION OF YOUNG-HWAN LEE

I, Young-Hwan Lee, declare as follows:

1.     I have personal knowledge of the following facts, and if called as a witness, could and would testify truthfully to those same facts.

2.     I am a team member of the music license sourcing team at Kakao Entertainment Corp. in Seoul, Korea.  I have held my current position since June 2020.

3.     My team is responsible for, among other things, managing the administration of, including execution of the license agreements with the right holders to source the contents relating to, the Melon music distribution platform.

4.     Persons located outside Korea should not be able to purchase music content from the Melon platform because it is specifically designed to be limited to domestic, Korean use.  For example, the Melon app cannot be downloaded on Android or Apple iOS smartphones from outside of Korea.  Further, music content from Melon can only be purchased with a domestic Korean bank card or by purchase through a Korean mobile carrier service.  In order to subscribe to a Korean mobile carrier, one must be either a Korean national with a resident registration number, or a foreigner residing in Korea holding an alien registration number.  Music content cannot be purchased with a foreign, non-Korean bank card.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 29th day of April 2022 at Seoul, Korea.

_____
Young-Hwan Lee