**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEOM SU LEE,<br>Plaintiff,<br><br>        v.<br><br>TV CHOSUN CORP., et al.,<br>Defendants. | No. CV 22-00933 DSF (KSx)<br><br>Order GRANTING Request for Dismissal of Personal Jurisdiction Consent over Plaintiff (Dkt. 43) |

    To the extent it is intelligible, docket 43 appears to request withdrawal of docket 49.  The request is granted.  Docket 49 is deemed withdrawn.


    IT IS SO ORDERED.


Date: July 13, 2022

*Dale S. Fischer*

Dale S. Fischer
United States District Judge