BEOM SU LEE

4322 Wilshire Blvd.,#109
Los Angeles, CA 90010
Tel: 213-700-1271
Email: Interwin77@hotmail.com

Plaintiff: In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOM SU LEE<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TV CHOSUN CORP., MBC CORP.,<br>KAKAO ENTERTAINMENT CORP.,<br>GENIE MUSIC CORP., NBS,<br>SORIBADA CORP.,<br>NHN BUGS CORP., TJ MEDIA CORP.,<br>INTERPARK CORP.,<br>OASIS M COMPANY,<br>SIMPLE ENTER SHINMIRAE,<br>CHUNG EUI SONG ,<br>GWANGGIN-GU OFFICE,<br>SONG GA IN,<br>KEUM YOUNG ENTERTAINMENT CORP.,<br>　　　　　Defendants. | Case No.: CV22-00933-DSF-(KSx)<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF SECOND AMENDED COMPLAINT FOR DEFENDANT INTERPARK CORP.**<br><br>**PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>**HON. DALE S. FISCHER** |

1

PLAINTIFF'S NOTICE OF DISMISSAL SECOND AMENDED COMPLAINT

To The Honorable Dale S. Fischer, U.S. District Court Judge:

Pliantiff Beom Su Lee respectfully submits its **PLAINTIFF'S NOTICE OF DISMISSAL OF SECOND AMENDED COMPLAINT FOR DEFENDANT INTERPARK CORP.**

Plaintiff Beom Su Lee, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the Second Amended Complaint against Defendant Interpark Corp. ("Interpark Corp ") with Prejudice.

(Please see attached **NOTICE OF DISMISSAL**) .

DATED: October 26 ,2022      Respectfully submitted,

BY: _____

BEOM SU LEE/Plaintiff in Pro Per

**SO ORDERED**

**HON.DALE S. FISCHER**

**U.S. District Court Judge**

**DATE:**

2

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BEOM SU LEE | CASE NUMBER |
|---|---|
| Plaintiff(s), v. | Case No.: CV22-00933-DSF-(KSx) |
| INTERPARK CORP.<br><br>Defendant(s). | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) INTERPARK CORP. Address: 10th floor, Samseong-dong Building, 512 Samseong-ro, Gangnam-gu, City and Country: Seoul,Republic of Korea  -With prejudice. is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Beom Su Lee.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| October 26,2022 | _[signature]_ |
|---|---|
| Date | Signature of Attorney/Party |

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BEOM SU LEE

Plaintiff in Pro Per                Case No: CV22-00933-DSF (KSx)

PROOF OF SERVICE

V.

TV Chosun Corp., MBC CORP.,
KAKAO ENTERTAINMENT CORP.,
GENIE MUSIC CORP., NBS,
SORIBADA CORP.,
NHN BUGS CORP., TJ MEDIA CORP.,
INTERPARK CORP.,
OASIS M COMPANY,
SIMPLE ENTER SHINMIRAE,
CHUNG EUI SONG ,
GWANGGIN-GU OFFICE,,SONG GA IN, (Defendants)

On  October 26,2022  , I served the documents described as:

1 PLAINTIFF'S NOTICE OF DISMISSAL OF SECOND AMENDED COMPLAINT FOR DEFENDANT INTERPARK CORP.

2. NOTICE OF DISMISSAL.

On INTERPARK CORP in this action by placing a true and correct copy via Email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26 ,2022   at  Los Angeles.CA

By: _____

Beom Su Lee / Plaintiff