BEOM SU LEE

4322 Wilshire Blvd.,#109
Los Angeles, CA 90010
Tel: 213-700-1271
Email: Interwin77@hotmail.com

Plaintiff: In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BEOM SU LEE<br><br>                          Plaintiff,<br><br>         vs.<br><br>TV CHOSUN CORP., MBC CORP.,<br>KAKAO ENTERTAINMENT CORP.,<br>GENIE MUSIC CORP., NBS,<br>SORIBADA CORP.,<br>NHN BUGS CORP., TJ MEDIA CORP.,<br>INTERPARK CORP.,<br>OASIS M COMPANY,<br>SIMPLE ENTER SHINMIRAE,<br>CHUNG EUI SONG ,<br>GWANGGIN-GU OFFICE,<br>SONG GA IN,<br>KEUM YOUNG ENTERTAINMENT<br>CORP.,                Defendants. | Case No.: CV22-00933-DSF-KS<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF SECOND AMENDED COMPLAINT FOR DEFENDANT SONG GA IN**<br><br>**PURSUANT T0 F.R.C.P. 41(a)(1)** |

1

Plaintiff Beom Su Lee respectfully submits its **PLAINTIFF'S NOTICE OF DISMISSAL OF SECOND AMENDED COMPLAINT FOR DEFENDANT SONG GA IN.**

Plaintiff Beom Su Lee, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the second amended complaint against defendant SONG GA IN ("SONG GA IN ") Without prejudice. (Please see attached **NOTICE OF DISMISSAL)**

DATED:December 11  ,2022                    Respectfully submitted,

By: _____

BEOM SU LEE /Plaintiff in Pro Per

2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BEOM SU LEE

Plaintiff(s),

v.

SONG GA IN

Defendant(s).

**CASE NUMBER**

Case No.: CV22-00933-DSF-(KSx)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) <u>SONG GA IN at 19-1 Seolleung-ro 145-gil, Gangnam-gu, Seoul,</u>
<u>Republic Korea-Without prejudice.</u>
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by <u>Plaintiff Beom Su Lee</u> .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

<u>December   11   ,2022</u>
*Date*

_____
*Signature of Attorney/Party*

**NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BEOM SU LEE

Plaintiff in Pro Per                    Case No: CV22-00933-DSF (KSx)

### PROOF  OF  SERVICE

V.

SONG GA IN,

Defendant.


On  <u>December 11,2022</u>   , I served the documents described as:


1.PLAINTIFF'S NOTICE 0F DISMISSAL OF SECOND AMENDED COMPLAINT FOR DEFENDANT
SONG GA IN.
2.NOTICE OF DISMISSAL.

On all interested parties in this action by placing a true and correct copy
via  Email.


I declare under penalty of perjury that the foregoing is true and correct.
Executed <u>on December 11,2022  at</u>  <u>Los Angeles.CA</u>

By: _____

Beom Su Lee / <u>Plaintiff</u>