BEOM SU LEE

4322 Wilshire Blvd.,#109
Los Angeles, CA 90010
Tel: 213-700-1271
Email: Interwin77@hotmail.com

Plaintiff: In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BEOM SU LEE | ) Case No.: CV22-00933-DSF-KSx |
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S MOTION FOR** |
|  | ) **DEFAULT JUDGMENT** |
|  | ) **F.R.C.P.55** |
| TV CHOSUN CORP., MBC CORP., | ) |
| KAKAO ENTERTAINMENT CORP., | ) **OASIS M COMPANY,** |
| GENIE MUSIC CORP., NBS, SORIBADA CORP., | ) **SIMPLE ENTER SHINMIRAE,** |
| NHN BUGS CORP., TJ MEDIA CORP., | ) **CHUNG EUI SONG,** |
| INTERPARK CORP., OASIS M COMPANY, | ) **SORIBADA CORP.** |
| SIMPLE ENTER SHINMIRAE, CHUNG EUI SONG , | ) **(DEFAULT DEFENDANTS)** |
| GWANGGIN-GU OFFICE,SONG GA IN, | ) |
| KEUM YOUNG ENTERTAINMENT CORP., | ) |
| Defendants. | ) |

1

## MOTION FOR DEFAULT JUDGMENT

Plaintiff move this court for a judgment by default in this action, and show

that the Plaintiff's Second Amended Complaint in the above case was filed in this court

on the 17th day of October , 2022, the summons and complaint were duly served on the

Defendants (SIMPLE ENTER SHINMIRAE, CHUNG EUI SONG,SORIBADA CORP.)
on the 17th day of October , 2022, on the 20th day of October , 2022
(OASIS M COMPANY)'

No answer or other defense has been  filed by the  Defendants except OASIS M
COMPANY.

OASIS M COMPANY's  response was rejected by the court as they submitted the

State court answer form without a local attorney.

The above-named Defendants has failed to plead or otherwise respond to the

Plaintiff's Second Amended Complaint.

Defendant was not in military service and is not an infant or incompetent as

appears in the declaration of  Beom Su Lee had already submitted on 2/14/2023
(DKT#112).

## JURISDICTION

Jae Ho Lee's music  intentionally uploaded to YouTube and Internet for commercial

purposes by the defendants (YouTube pays content uploaders based on the number of

visitors through its own Monetize system) can be viewed in Los Angeles, California and

the United States, and this act falls under the "specific" personal jurisdiction,

2

The activities of the defendant are a specific subject matter of personal jurisdiction for this court, and YouTube and the internet are forum state contacts.

WHEREFORE, Plaintiff moves that this court make and enter a judgment that same as  prayer  for relief in the Second Amended complaint.

## Plaintiff's Claim for Damages

The proposed statutory damages for each work of Jae Ho Lee is $30,000. Plaintiff's labor and psychological damage are included.

1. Defendant: Chung Eui Song,

Jae Ho Lee's 1 work have been uploaded and Posted 6 times to YouTube by different singers and programs. (6 infringements - US$180,000), The defendant illegally used Jae Ho Lee's famous composition "Dan Jang Eui MiAriGoGae" without the consent of the plaintiff's family to create the defendant's work,

"ShinSarangGoGae, ShinMiAriGoGae" and distributed, broadcast, and  uploaded it on the Internet and broadcasts, In addition, the defendant is accused of distributing false facts by not mentioning Jae Ho Lee's name in the composers of "ShinMiAriGoGae" ,the defendant only listed Chung Eui Song for composer section, sung by singer Da Hyun Kim, on the YouTube program of Chung Eui Song TV.

2.  Defendant: OASIS M COMPANY,

Jae Ho Lee's 6 works have been uploaded and Posted 2 times to YouTube by the defendant (12 infringements- US$360,000).

3

3.   Defendant: SIMPLE ENTER SHINMIRAE,

Jae Ho Lee's 3 works have been uploaded and Posted 3 times to YouTube by the defendant (9 infringements - US$270,000).

4. Defendant: SORIBADA CORP.

Jae Ho Lee's 33 works have been uploaded and Posted to YouTube by the defendant (36 infringements- US$1,080,000).

DATED: February 16 ,2023                                    Respectfully submitted,

By: _____

BEOM SU LEE /Plaintiff in Pro Per

4

**(PROPOSED) ORDER GRANTING PLAINTIFF'S  MOTION FOR DEFAULT JUDGMENT**.


Beom Su Lee,          Plaintiff,

-against-

SIMPLE ENTER SHINMIRAE, CHUNG EUI SONG, SORIBADA CORP.,

OASIS M COMPANY,    Defendants.


Having considered. PLAINTIFF'S  MOTION FOR DEFAULT JUDGMENT.

and finding good cause therefore ,

IT IS HEREBY ADJUDGED that the PLAINTIFF'S  MOTION FOR DEFAULT JUDGMENT is GRANTED.


Dated:                              Signed:

                                    The Honorable  DALE S. FISCHER
                                    UNITED STATES DISTRICT COURT JUDGE

5