JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOM SU LEE,<br>    Plaintiff,<br><br>        v.<br><br>TV CHOSUN CORP., et al.,<br>    Defendants. | CV 22-933 DSF (KSx)<br><br>Order DENYING Request for Default and Motion for Default Judgment; Order DISMISSING Case (Dkt. 112, 114) |

    Plaintiff has moved for entry of default and for default judgment against the remaining four defendants in this case, Oasis M Company, Simple Enter Shinmirae, Chung Eui Song, and Soribada Corporation. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

    All four of the remaining defendants are alleged to be Korean companies. Oasis M Company, Simple Enter Shinmirae, and Chung Eui Song are alleged in the second amended complaint (SAC) to have uploaded infringing works to YouTube. The Court's previous personal jurisdiction analysis set out in its November 18, 2022 Order (Dkt. 80) applies with equal force to these Defendants. Soribada Corporation is alleged to have uploaded infringing works to its own proprietary service, but the analysis is no different than for the Defendants who uploaded their material to YouTube. Therefore, the Court almost certainly lacks personal jurisdiction over the remaining Defendants. In these circumstances, entry of default and default judgment would be inappropriate and the Court, exercising its discretion, declines to enter judgment against them.

The motions for entry of default and for default judgment are DENIED. Because the Court lacks personal jurisdiction over the remaining Defendants and Plaintiff has been given three opportunities to demonstrate personal jurisdiction over the various Defendants named in the case, any further litigation of this case would be futile. Therefore, the case is DISMISSED without prejudice.

IT IS SO ORDERED.

Date: May 12, 2023

Dale S. Fischer
United States District Judge