# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOM SU LEE,<br>    Plaintiff,<br><br>        v.<br><br>TV CHOSUN CORP., et al.,<br>    Defendants. | CV 22-933 DSF (KSx)<br><br>JUDGMENT |

    The Court having dismissed all Defendants for lack of personal jurisdiction,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover just costs pursuant to 28 U.S.C. § 1919.

Date: May 12, 2023

                                                                 *Dale S. Fischer*
                                                                 Dale S. Fischer
                                                                 United States District Judge