Name __BEOM SU LEE__
Address __4322 Wilshire Blvd., Siuite 109__
City, State, Zip __Los Angeles, CA 90010__
Phone __213-700-1271__
Fax _____
E-Mail __interwin77@hotmail.com__

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOM SU LEE<br><br>PLAINTIFF(S),<br>v.<br><br>TV CHOSUN CORP., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV22-00933-DSF-KS<br><br>**SECOND AMENDED NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that __BEOM SU LEE__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   **Lack of Jurisdiction.**

☐ Other (specify):

Imposed or Filed on __May 15, 2023__. Entered on the docket in this action on __May 15, 2023__.

A copy of said judgment or order is attached hereto.

__May 15, 2023__                                    _[signature]_
Date                                                 Signature
                                                    ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOM SU LEE,<br>    Plaintiff,<br><br>        v.<br><br>TV CHOSUN CORP., et al.,<br>    Defendants. | CV 22-933 DSF (KSx)<br><br>JUDGMENT |

    The Court having dismissed all Defendants for lack of personal jurisdiction,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover just costs pursuant to 28 U.S.C. § 1919.

Date: May 12, 2023

                                                            _____<br>
                                                            Dale S. Fischer<br>
                                                            United States District Judge